UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NIPPER,<br><br>             Plaintiff,<br><br>       v.<br><br>ALDER HOLDINGS, LLC,<br><br>             Defendant. | Case No. 1:23-cv-01239-ADA-CDB<br><br>ORDER GRANTING APPLICATION OF ERIC ALLEN TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 7) |

The Court has considered the application of Eric Allen, attorney Defendant Alder Holdings, LLC, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  In light of the application and for good cause appearing, Eric Allen's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **October 30, 2023**                    _____
                                                                            UNITED STATES MAGISTRATE JUDGE